```
                  UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
                         TAMPA DIVISION

HARTFORD FIRE INSURANCE
COMPANY,

           Petitioner,
v.                                 Case No. 8:09-cv-2278-T-33TBM

DEWEY H. LEE,

           Respondent.
_____/
```

## ORDER

This matter is before the Court sua sponte. On July 8, 2010, this Court entered an endorsed Order to Show Cause directing Petitioner to "show cause, in writing, by July 21, 2010, why this action should not be dismissed for lack of prosecution pursuant to Local Rule 3.10." (Doc. # 13). The Court clearly warned that failure to comply with the Order to Show Cause would result in dismissal of the case "without further notice." (Doc. # 13). Petitioner has not responded to the Court's Order to Show Cause.

Thus, upon due consideration, the Court dismisses this case pursuant to Local Rule 3.10, M.D. Fla., for failure to prosecute this case.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

This case is dismissed for failure to prosecute pursuant to Local Rule 3.10, M.D. Fla.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 26th day of July, 2010.

							   _____
							   VIRGINIA M. HERNANDEZ COVINGTON
							   UNITED STATES DISTRICT JUDGE

Copies:

All Counsel and Parties of Record